**STEPHEN BULGARELLA**
205-918-5083

*sfb@tblaw.com*



January 13, 2021

Amy Marie Vinson
932 Windmill Road
Newton, AL  36352

Michael Brock
P.O. Drawer 311167
Enterprise, AL  36331

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36352

Re:  Planet Home Lending LLC
     Loan Number: XXXX1450
     Case Number:  19-11479-BPC
     Property Address: 932 Windmill Road, AL, AL 36352

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## PLANET HOME LENDING LLC

A Motion for Relief filed on behalf of Planet Home Lending LLC resulted in an Order issued by the Bankruptcy Court entered October 22, 2020.

A Notice of Default under the terms of the Order was issued on December 21, 2020.  The Notice of Default was not timely cured.

Therefore, pursuant to the terms of the Bankruptcy Court's Order, Planet Home Lending LLC considers the automatic stay concerning the above-described collateral to have been terminated due to the Debtor non-compliance.

Please be advised that Planet Home Lending LLC believes that termination of the automatic stay permits it to exercise its contractual and statutory rights concerning the collateral, including, but not limited to, the initiation of foreclosure proceedings of the above-referenced collateral.

2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
Telephone: 205-918-5083

Amy Marie Vinson
Michael Brock
Sabrina L. McKinney
Page 2

The Proof of Claim(s) filed by the Creditor regarding this debt shall be hereby reduced to the amount already paid.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

Stephen Bulgarella
**Attorney for Creditor**

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

2311 Highland Avenue South
Suite 330
Birmingham, AL 35205
Telephone: 205-918-5083